IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>CRAIG A COLLINS,<br>            Debtor,<br><br>AMERICAN HONDA FINANCE<br>CORPORATION,<br>            Movant,<br><br>       v.<br><br>CRAIG A COLLINS, and<br>SUZANNE L COLLINS (Non-Filing Co-Debtor),<br>and<br>SCOTT F. WATERMAN, Trustee,<br>            Respondents. | Bankruptcy No. 26-10996-amc<br><br><br>Chapter 13 |

MOTION FOR RELIEF & CO-DEBTOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, American Honda Finance Corporation (the "Movant"), by and through its undersigned counsel, Keri P. Ebeck, Esquire, and files this *Motion for Relief & Co-Debtor Relief from the Automatic Stay* (the "Motion"), representing as follows:

THE PARTIES

1.      Respondents, Craig A Collins ("Debtor"), and Suzanne L Collins ("Non-Filing Co-Debtor) are an adult individuals with a place of residence located at 429 S. Main Street Spring City, PA 19475.

2.      Scott F. Waterman is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

JURISDICTION AND VENUE

3.      This matter is a core proceeding, and this Court has jurisdiction pursuant to 28 U.S.C. § 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

## FACTUAL BACKGROUND

4.      On or about March 12, 2029, the Debtor filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

5.      On or about November 18, 2022, the Debtors purchased a 2023 Honda HR-V, VIN: 3CZRZ2H51PM720854 (the "Vehicle"), pursuant to a Retail Installment Contract (the "Contract") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6.      Movant has a secure interest in the Vehicle, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7.      The Contract requires monthly payments of $390.81, which amounts are due on or before the 2nd of each month.

8.      The Debtors have failed to make their monthly post-petition payments to Movant from April 2, 2026, to June 2, 2026. The Debtor is $1,081.60 in post-petition payment arrears.

9.      The total balance due on the Contract as of June 1, 2026, was $3,414.58.

10.     The J.D. Power value of the Vehicle is $22,150.00. J.D. Power report attached hereto as **Exhibit C**.

11.     Movant is entitled to relief from the automatic stay for cause, because the Debtors have failed to make post-petition payments to Movant.  11 U.S.C. §362(d)(1).

12.     Code Section 1301 provides for a stay against collection against a co-debtor.

13.     Movant is entitled to co-debtor relief pursuant to 11 U.S.C. § 1301(c) because (i) Movant will be irreparably harmed if not able to pursue collection action against the Co-Debtor for any balance of the note not paid and for the right to sell the Vehicle.

WHEREFORE, Movant, American Honda Finance Corporation, respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief & Co-Debtor relief from stay with respect to the 2023 Honda HR-V, VIN: 3CZRZ2H51PM720854.

Respectfully submitted,

METZ LEWIS BRODMAN MUST O'KEEFE.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@metzlewis.com
444 Liberty Avenue, Suite 2100
Pittsburgh, PA 15222
Phone - (412) 918-1112

Dated:  June 11, 2026

*Counsel for Movant*