**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Craig A Collins,<br>　　　　Debtor.<br><br><br>U.S. Bank National Association,<br>　　　Movant,<br><br>　　　　　v.<br>Craig A Collins,<br>　　　　Debtor/Respondent,<br>Suzanne L. Collins,<br>　　　Co-Debtor/Respondent,<br>SCOTT F. WATERMAN,<br>　　　Trustee/Additional Respondent. | Bankruptcy No. 26-10996-amc<br><br>Chapter 13<br><br>Hearing Date: August 12, 2026<br>Hearing Time: 11:00 A.M.<br>Hearing Location: 900 Market Street, Suite 204<br>Philadelphia, PA 19107<br>Courtroom Number #4 |

**<u>MOTION OF FOR RELIEF FROM THE AUTOMATIC STAY
AND CO-DEBTOR STAY OF U.S. BANK NATIONAL ASSOCIATION
TO PERMIT FORECLOSURE OF 429 S. MAIN STREET, SPRING CITY, PA 19475</u>**

U.S. Bank National Association ("Movant" or "Secured Creditor"), by and through the undersigned counsel, hereby moves this Court, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301 of the United States Bankruptcy Code ("Code") for a modification of the automatic stay provisions of the Code for cause, and, in support thereof, states the following:

1. Craig A Collins ("Debtor") filed a Voluntary Petition pursuant to Chapter 13 of the United States Bankruptcy Code ("Code") on March 12, 2026.

2. Jurisdiction of this cause is granted to the United States Bankruptcy Court ("Court") pursuant to 28 U.S.C. § 1334, 11 U.S.C. § 362(d), Fed. R. Bankr. P. 4001(a), and all other applicable rules and statutes affecting the jurisdiction of the Bankruptcy Courts generally.

26-10996-amc
26-428366
MFR

3. On December 13, 2006, Craig A. Collins and Suzanne L. Collins executed and delivered a Promissory Note ("Note") and Mortgage ("Mortgage") securing payment of the Note in the amount of $148,200.00 in favor of Wilmington Finance, Inc.  A true and correct copy of the Note is attached hereto as Exhibit "A".

4. The Mortgage was recorded January 5, 2007, in Book 7050 at Page 2192 of the Public Records of Chester County, PA.  A true and correct copy of the Mortgage is attached hereto as Exhibit "B".

5. The Mortgage was secured as a lien against the real property located at 429 S. Main Street, Spring City, PA 19475 (the "Property").

6. The loan was last assigned to U.S. Bank National Association and same recorded with the Chester County Recorder of Deeds on October 29, 2024 as Instrument Number 12044148. A true and correct copy of the Assignment of Mortgage is attached hereto as Exhibit "C".

7. Debtor(s) executed a Promissory Note secured by a Mortgage or Deed of Trust. The Promissory Note is either made payable to Secured Creditor or has been duly indorsed. Secured Creditor, either directly or through an agent, has possession of the Promissory Note.  Secured Creditor is the original mortgagee, beneficiary or the assignee of the Mortgage or Deed of Trust.

8.  Based upon the Debtor(s)' Chapter 13 Plan (at Docket No. 22) the Debtor intends to cure Movant's pre-petition arrearages through the Chapter 13 Plan and remains responsible for maintaining post-petition payments directly to Movant. A true and correct copy of the Chapter 13 Plan is attached hereto as Exhibit "D."

9. Suzanne L. Collins ("Co-Debtor") is also liable on and/or has secured the aforementioned debt jointly with the Debtor(s).

10. Debtor failed to make monthly payments of principal, interest, and escrow in the amount of $1,474.15 that came due during the period April 1, 2026, through June 1, 2026, as of June 4, 2026.

11. Thus, Debtor(s)' post-petition arrears total $4,422.45 as of June 4, 2026. By the time of hearing on this motion, Debtor will also be obligated to make additional monthly payments that become due beyond the cure period alleged above.  In addition, as this Motion for Relief is timely filed, if applicable, Debtor shall be responsible for related legal fees and costs in prosecution of this action.

12. As of June 4, 2026, the unpaid principal balance due under the loan documents is $28,626.32.   Movant's total claim amount, itemized below, totals $45,074.03.   *see* Exhibit "E".

| Principal Balance | $28,626.32 |
|---|---|
| Interest | $3,372.19 |
| Escrow Advance | $5,128.06 |
| Total Fees | $83.75 |
| Accum Late Charges | $617.32 |
| Flat/Other Penalty Fee | $0.01 |
| Recoverable Balance | $7,246.38 |
| Total Payoff | $45,074.03 |

13. Debtor(s)' docketed schedules list the value of the Property as $317,800.00.  A true and accurate copy of Debtor Schedule A/B is attached hereto as Exhibit "F".

14. Under Section 362(d)(1) of the Code, the Court shall grant relief from the automatic stay and Co-Debtor stay for "cause", which includes a lack of adequate protection of an interest in property. Sufficient "cause" for relief from the automatic stay under Section 362(d)(1) and Co-Debtor stay pursuant to 11 U.S.C. § 1301 is established where a debtor failed to make installment payments or payments due under a court-approved plan on a secured debt

or where Debtor(s) have no assets or equity in the mortgaged property.

15. As set forth herein, Debtor defaulted on the instant secured obligation by failing to tender monthly post-petition installment payments when they became due.

16. Secured Creditor further provides that its acceptance of partial payments in the instant matter shall not constitute waiver of Secured Creditor's rights to pursue any present or future default in the event the partial payments are not enough to cure the entire default.

17. As a result, cause exists pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301 of the Code for this Honorable Court to grant relief from the automatic stay to allow Movant, its successors and/or assigns to pursue its state court remedies, including the filing of an action in Mortgage Foreclosure, or if foreclosure is completed, immediately scheduling the Property for Sheriff Sale.

18. Further, once the automatic stay is terminated, Debtor(s) will have minimal motivation to insure, preserve, or protect the mortgaged property; therefore, Movant requests that the Court waive the 14-day stay period imposed by Fed.R.Bankr.P. 4001(a)(4).

**WHEREFORE**, Movant prays this Honorable Court enter an order modifying the automatic stay under 11 U.S.C. § 362(d) and 11 U.S.C. § 1301 to permit U.S. Bank National Association to take any and all steps necessary to exercise any and all rights it may have in the mortgaged property described herein, gain possession of said mortgaged property, seek recovery of reasonable attorney fees and costs incurred in this proceeding, waive the 14-day stay imposed under Fed.R.Bankr.P. 4001(a)(4), and for any such further relief that this Honorable Court deems just and appropriate.

Date: July 16, 2026

**Robertson, Anschutz, Schneid, Crane
& Partners, PLLC**

26-10996-amc
26-428366
MFR

Attorneys for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
Telephone: 470-321-7112
By: /s/ Jordan Katz
Jordan Katz, Esquire
PA Bar Number 334053
Email: jkatz@raslg.com

26-10996-amc
26-428366
MFR

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:
Craig A Collins

CHAPTER:   13

Debtor(s) | CASE NO.   26-10996-amc

## DECLARATION OF INDEBTEDNESS

Property Address:
429 S. Main Street
Spring City, PA 19475

Mortgage Servicer:
U.S. Bank National Association

Post-petition mailing address for Debtor(s) to send payment:
U.S. Bank National Association
3751 Airpark Mail Code CN-KY-APDC
Owensboro, KY 42301

Mortgagor(s)/Debtor(s):
**Craig A. Collins and Suzanne L. Collins**

Payments are contractually due:

☒ Monthly ☐ Semi-monthly   ☐ Bi-weekly   ☐ Other

Each Monthly Payment is comprised of:
Principal and Interest.....   $1,122.46
R.E. Taxes......................
Insurance.......................
Late Charge...................
Other............................   $351.69   (Specify: Escrow)
**TOTAL**........................   $1,474.15

## POST-PETITION PAYMENTS (Petition was filed on March 12, 2026)

| Date Received | Amount Received | Payment Amount Due | Payment Date Applied to | Amount to/from Suspense | Check Number |
|---|---|---|---|---|---|
| Due | $0.00 | $1,474.15 | 04/01/2026 | $0.00 | N/A |
| Due | $0.00 | $1,474.15 | 05/01/2026 | $0.00 | N/A |
| Due | $0.00 | $1,474.15 | 06/01/2026 | $0.00 | N/A |

[Continue on attached sheets if necessary]

TOTAL NUMBER OF POST-PETITION PAYMENTS PAST DUE: 3 as of June 4, 2026.
TOTAL AMOUNT OF POST-PETITION ARREARS: $4,422.45 as of June 4, 2026.

I hereby certify, pursuant to 28 U.S.C. § 1746, and under penalty of perjury, that I have examined the information in the foregoing, and have a reasonable belief that the information contained herein is true and correct.

Dated: 7/14/26

U.S. Bank, National Association
Mortgage Company

Enca Choie, Officer
(Print Name and Title)

Irving Taxes                Enca Choie
Location                    Signature